UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:22-cv-00755-BJD-PDB

BRYAN WHITEHURST, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

SKECHERS USA, INC.,

    Defendant.
_____/

**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Bryan Whitehurst, by and through undersigned counsel, pursuant to Rule Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this Notice Voluntary Dismissal *without* Prejudice of the above styled action.

DATED: August 9, 2022

                                          Respectfully Submitted,
                                          /s/ Jennifer G. Simil
                                          **JIBRAEL S. HINDI, ESQ.**
                                          Florida Bar No.: 118259
                                          E-mail: jibrael@jibraellaw.com
                                          **JENNIFER G. SIMIL, ESQ.**
                                          Florida Bar No.: 1018195
                                          E-mail: jen@jibraellaw.com
                                          The Law Offices of Jibrael S. Hindi
                                          110 SE 6th Street, Suite 1744
                                          Fort Lauderdale, Florida 33301
                                          Phone: 954-907-1136
                                          *COUNSEL FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2022, the foregoing was electronically filed with the Clerk of the Court using the CMS system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Jennifer G. Simil
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195

*COUNSEL FOR PLAINTIFF*
