## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BRYAN WHITEHURST,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

Case No. 3:22-cv-755-BJD-PDB

SKECHERS USA, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Amended Notice of Voluntary Dismissal Without Prejudice (Doc. 7; Notice) filed by Plaintiff on August 9, 2022. In the Notice, Plaintiff states that he is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED without prejudice.**

    2.    The Clerk of the Court is directed to close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of August, 2022.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record